# STERNS & WEINROTH

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
50 WEST STATE STREET
SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298
(609) 392-2100
FACSIMILE
(609) 392-7956
WWW.STERNSLAW.COM

Karen A. Confoy: (609) 989-5012
e-mail: kconfoy@sternslaw.com

May 12, 2010

**VIA FACSIMILE AND ECF**

Hon. Claire C. Cecchi, U.S.M.J.
**United States District Court**
M.L. King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

    Re:    Taro Pharmaceuticals North America, Inc., et al. v. Synerx Pharma, LLC, et al.
                Civil Action No. 09-3569 (JLL) (CCC)

Dear Judge Cecchi:

      We, along with Schiff Hardin LLP, represent Defendants Synerx Pharma, LLC; Karalex Pharma, LLC; and DPT Laboratories, Ltd. in the above-captioned litigation. We write regarding the Joint Discovery Plan submitted on April 28, 2010.

      Because the discovery dates suggested by both parties have passed since the discovery plan was submitted to the Court, defendants are submitting an adjusted scheduling proposal. As noted in our letter, it is of the utmost importance to defendants that a discovery plan be entered so that progress can be made in this case; as the Court may recall, initial disclosures have not been exchanged and general discovery has not started, despite the fact that this litigation was commenced 10 months ago.

      We respectfully and urgently request that the Court enter a discovery plan promptly. We are available for a conference by telephone or in person to discuss the schedule and address any questions the Court may have about the status of the case.

Hon. Claire C. Cecchi, U.S.M.J.
May 12, 2010
Page 2

       Thank you for your consideration of this matter.

                                             Respectfully submitted,

                                             Karen A. Confoy

KC:jkf

cc: Counsel of record (w/enc., via email)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TARO PHARMACEUTICAL NORTH AMERICA, INC. and TARO PHARMACEUTICALS U.S.A., INC.,

Plaintiffs,

v.

SYNERX PHARMA, LLC, KARALEX PHARMA, LLC and DPT LABORATORIES, LTD.,

Defendants.

Civil Action No. 09-cv-3569 (JLL) (CCC)

DEFENDANTS' AMENDED PROPOSED SCHEDULE

| Task | Defendants' Proposed Dates |
| --- | --- |
| Parties to exchange Initial Disclosures | May 17, 2010 |
| Plaintiffs to serve Disclosure of Asserted Claims and Infringement Contentions and produce accompanying documents pursuant to LPR 3.1 and 3.2 | May 19, 2010 |
| Plaintiff to produce New Drug Application (including any amendments and supplements) to Defendants' counsel and Synerx to produce Abbreviated New Drug Application (including any amendments and supplements) to Plaintiffs' counsel | May 21, 2010 |
| Parties to present a consent Discovery Confidentiality Order, in accordance with LPR 2.2 | May 26, 2010 |
| Parties to serve document requests for which responses must be substantially complete by September 3, 2010 | June 2, 2010 |

| Task | Defendants' Proposed Dates |
|---|---|
| Synerx and DPT to serve Invalidity Contentions and accompanying documents pursuant to LPR 3.3 and 3.4 | July 2, 2010 |
| Parties to exchange proposed terms for claim construction pursuant to LPR 4.1(a) | July 9, 2010 |
| Parties to meet and confer to narrow claim construction issues pursuant to LPR 4.1(b) | July 16, 2010 |
| Parties to exchange preliminary proposed claim constructions and supporting evidence pursuant to LPR 4.2(a) and 4.2(b) | July 30, 2010 |
| Parties to meet and confer to narrow claim construction issues and finalize preparation of a Joint Claim Construction and Prehearing Statement pursuant to LPR 4.2(c) | August 6, 2010 |
| Parties to complete and file a Joint Claim Construction and Prehearing Statement and accompanying documentation pursuant to LPR 4.3 | August 27, 2010 |
| Parties to complete document production in response to document requests served by June 2, 2010 | September 3, 2010 |
| Parties to complete all discovery relating to claim construction, including any depositions with respect to claim construction of any witnesses, other than experts, identified in the Preliminary Claim Construction and Prehearing Statement, in accordance with LPR 4.4 | September 24, 2010 |
| Parties to serve a log of privileged and/or redacted documents | October 1, 2010 |

| Task | Defendants' Proposed Dates |
|---|---|
| Parties to contemporaneously exchange and serve their opening Markman briefs and any evidence supporting claim construction, including experts' declarations or certifications, in accordance with LPR 4.5(a) | October 8, 2010 |
| Parties to complete any discovery from an expert witness who submitted a certification or declaration in relation to claim construction, in accordance with LPR 4.5(b) | October 29, 2010 |
| Parties to contemporaneously exchange and serve responding Markman briefs and any evidence supporting claim construction, including any responding experts' declarations or certifications, in accordance with LPR 4.5(c) | November 19, 2010 |
| Parties to meet and confer in accordance with LPR 4.6 to propose to the Court a schedule for a Claim Construction Hearing, to the extent the parties believe a hearing is necessary for construction of the claims at issue | November 24, 2010 |
| Each party relying on advice of counsel as part of a patent-related claim or defense for any reason to make disclosures required by LPR 3.8 | Not later than 30 days after entry of the claim construction order |
| Deadline for parties to amend Infringement Contentions and Invalidity Contentions as of right, with any further amendments made solely pursuant to LPR 3.7 | 30 days after entry of the claim construction order<br><br>* This proposal deviates from the Local Patent Rules to allow modification of contentions in response to the narrowing of issues during claim construction proceedings. |

| Task | Defendants' Proposed Dates |
|---|---|
| Parties to file and serve any motion to amend pleadings or join parties | December 22, 2010 |
| Parties to complete all additional fact discovery | January 21, 2011 |
| Parties to serve initial expert reports on behalf of the party bearing the burden of proof on the issue | February 18, 2011 |
| Parties to serve rebuttal expert reports | April 22, 2011 |
| Parties to serve reply expert reports | May 20, 2011 |
| Parties to complete all expert discovery | June 24, 2011 |
| Parties to file dispositive motions | To be filed no later than July 22, 2011 |

Date: May 12, 2010

/s/ Karen A. Confoy
Attorneys for Defendants Synerx Pharma, LLC; Karalex Pharma, LLC; and DPT Laboratories, Ltd.

**STERNS & WEINROTH, P.C.**

Karen A. Confoy (kconfoy@sternslaw.com)
Erica S. Helms (ehelms@sternslaw.com)
One State Street Square Office Building
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
Tel: 609.392.2100
Fax: 609.392.7956

**SCHIFF HARDIN LLP**

Douglass C. Hochstetler (dhochstetler@schiffhardin.com)
Amethyst C. Smith (acsmith@schiffhardin.com)
Kathryn S. Devine (kdevine@schiffhardin.com)
Luke T. Shannon (lshannon@schiffhardin.com)
Jessica K. Fender (jfender@schiffhardin.com)
233 South Wacker Drive
Suite 6600

4

Chicago, Illinois 60606
Tel: 312-258-5500
Fax: 312-258-5600

Beth D. Jacob (bjacob@schiffhardin.com)
900 Third Avenue
New York, NY 10022
Tel: 212.753.5000
Fax: 212.753.5044