| | |
|---|---|
| **TARO PHARMACEUTICALS** : | |
| **NORTH AMERICA, INC. et al** : | **UNITED STATES DISTRICT COURT** |
| : | |
| : | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s)** : | |
| : | |
| : | Hon. Jose L. Linares |
| -vs- : | Civil Action No. 09-3569  (JLL) |
| : | |
| **SYNERX PHARMA, LLC et al** : | |
| : | **ORDER ON ORAL MOTION** |
| : | **SCHEDULING CONFERENCE** |
| **Defendant(s)** : | |

**THIS MATTER** having been brought before the Court for a scheduling conference on October 20, 2010; and for good cause shown:

**IT IS on this 1ˢᵗ day of November, 2010**

**ORDERED THAT** by **November 22, 2010** the parties shall advise the Undersigned in writing as to the status of settlement discussions.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File