Karen A. Confoy
**STERNS & WEINROTH, P.C.**
One State Street Square Office Building
50 West State Street, Suite 1400
Trenton, New Jersey 08607-1298
Tel: 609.392.2100
Fax: 609.392.7956

*Of Counsel:*

Douglass C. Hochstetler
**SCHIFF HARDIN LLP**
233 South Wacker Drive, Ste. 6600
Chicago, IL 60606
Tel: 312.258.5500
Fax: 312.258.5600
E:mail: dhochstetler@schiffhardin.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TARO PHARMACEUTICALS NORTH AMERICA, INC., and TARO PHARMACEUTICALS U.S.A., INC., <br> **Plaintiffs,** <br> v. <br><br> SYNERX PHARMA, LLC; KARALEX PHARMA, LLC; and DPT LABORATORIES, LTD., <br><br> **Defendants.** | Civil Action No. 09-03569-JLL-CCC <br><br> DOCUMENT FILED ELECTRONICALLY |

**WITHDRAWAL OF APPEARANCE AND ELECTRONIC NOTIFICATION
AS TO LUKE T. SHANNON ONLY**

This firm and our co-counsel, Schiff Hardin LLP, represent Defendants in the above-referenced consolidated litigation. On behalf of Defendants, we respectfully

request that the Court withdraw the appearance of Luke T. Shannon (lshannon@schiffhardin.com) <u>only</u> and remove him from electronic notifications in the above-referenced civil action. Mr. Shannon is no longer associated with Schiff Hardin LLP and is no longer involved in this case.

                                           Respectfully submitted,

                                           **STERNS & WEINROTH, P.C.**

Dated: November 8, 2010      By:    <u>/s/ Karen A. Confoy</u>
                                                  Karen A. Confoy (kconfoy@sternslaw.com)
                                                  **STERNS & WEINROTH, P.C.**
                                                  One State Street Square Office Building
                                                  50 West State Street, Suite 1400
                                                  Trenton, NJ 08607
                                                  Tel: 609.392.2100
                                                  Fax: 609.392.7956

                                                  *Attorney for Defendants*
                                                  Synerx Pharma, LLC;
                                                  Karalex Pharma, LLC; and
                                                  DPT Laboratories, LTD

*Of Counsel:*

Douglass C. Hochstetler (dhochstetler@schiffhardin.com)
Amethyst C. Smith (acsmith@schiffhardin.com)
Kathryn S. Devine (kdevine@schiffhardin.com)
Jessica K. Fender (jfender@schiffhardin.com)
**SCHIFF HARDIN LLP**
233 South Wacker Drive, Ste. 6600
Chicago, IL 60606
Tel: 312.258.5500
Fax:  312.258.5600

Beth D. Jacob (bjacob@schiffhardin.com)
**SCHIFF HARDIN LLP**
900 Third Avenue
New York, NY 10022
Tel: 212.753.5000
Fax: 212.753.5044