UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TARO PHARMACEUTICALS NORTH AMERICA, INC., ET AL. | : : : | Civil Action No. 09-3569 (JLL) |
| Plaintiff(s), | : | ORDER |
| v. | : : | |
| SYNERX PHARMA, LLC, ET AL. | : : : | |
| Defendant(s). | : : | |

**IT IS** on this 22nd day of November, 2010

**ORDERED** that, by **December 3, 2010**, the parties shall advise the Undersigned in writing as to the status of the settlement of this matter.

  *s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**