WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza
Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter

Attorneys for Plaintiffs, Taro Pharmaceuticals North America, Inc. and Taro Pharmaceuticals U.S.A., Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| TARO PHARMACEUTICALS NORTH AMERICA, INC. and TARO PHARMACEUTICALS U.S.A., INC., | Honorable Jose L. Linares, U.S.D.J. |
| | Civil Action No. 09 CV 3569 (JLL)(CCC) |
| Plaintiffs, | **SUBSTITUTION OF COUNSEL** |
| v. | |
| SYNERX PHARMA, LLC; KARALEX PHARMA, LLC; and DPT LABORATORIES, LTD., | |
| Defendants. | |

---

The undersigned hereby consent to the substitution of Winston & Strawn, LLP as attorneys for Plaintiffs, Taro Pharmaceuticals North America, Inc. and Taro Pharmaceuticals U.S.A., Inc.

| WINSTON & STRAWN, LLP | SAIBER, LLC |
|---|---|
| Superceding Counsel | Withdrawing Counsel |
| By: s/ James S. Richter | By: s/ Arnold B. Callman |
| James S. Richter | Arnold B. Callman |

NY:1318401.1