Arnold B. Calmann (abc@saiber.com)
Geri L. Albin (gla@saiber.com)
**Saiber LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333

Julie A. Petruzzelli (japetruzzelli@venable.com)
Rebecca G. Lombard (rglombard@venable.com)
Calvin R. Nelson (crnelson@venable.com)
David D. Conway (ddconway@venable.com)
**Venable LLP**
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4000

*Attorney for Plaintiffs*
*Taro Pharmaceuticals North America, Inc. and*
*Taro Pharmaceuticals U.S.A., Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TARO PHARMACEUTICALS NORTH AMERICA, INC and TARO PHARMACEUTICALS U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> SYNERX PHARMA, LLC and DPT LABORATORIES, LTD., <br><br> Defendants. | Civ. A. No. 09-CV-03569 (JLL) (CCC) <br><br> **NOTICE OF WITHDRAWAL OF PRO HAC VICE COUNSEL AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST** |

{00644551.DOC}

**PLEASE TAKE NOTICE** that Julia A. Petruzzelli, Rebecca G. Lombard, Calvin R. Nelson and David D. Conway of Venable LLP, 575 7th Street, N.W. Washington, D.C. 20004, hereby withdraw as *pro hac vice* counsel for plaintiffs Taro Pharmaceuticals North America, Inc. and Taro Pharmaceuticals U.S.A., Inc. in this matter.  Accordingly, please remove Ms. Petruzzelli, Ms. Lombard, Mr. Nelson and Mr. Conway from the list of NEF recipients in this matter.

        Respectfully submitted,

        **SAIBER LLC**
        Attorneys for Plaintiffs
        Taro Pharmaceuticals North America, Inc.
        and Taro Pharmaceuticals U.S.A., Inc..

By:    <u>s/ Arnold B. Calmann</u>
        Arnold B. Calmann (abc@saiber.com)
        Geri L. Albin (gla@saiber.com)
        **Saiber LLC**
        One Gateway Center, 10th Floor
        Newark, New Jersey 07102-5311
        (973) 622-3333

        Julie A. Petruzzelli
        (japetruzzelli@venable.com)
        Rebecca G. Lombard
        (rglombard@venable.com)
        Calvin R. Nelson (crnelson@venable.com)
        David D. Conway
        (ddconway@venable.com)
        **Venable LLP**
        575 7th Street, N.W.
        Washington, D.C.  20004
        (202) 344-4000

Dated: December 10, 2010

{00644551.DOC}