Karen A. Confoy
Erica S. Helms
**STERNS & WEINROTH, P.C.**
50 W. State Street, Suite 1400
Trenton, New Jersey 08607
Telephone: 609-392-2100
Facsimile: 609-392-7956
*Attorneys for Defendants Synerx Pharma, LLC and*
  *DPT Laboratories, LTD.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TARO PHARMACEUTICALS NORTH AMERICA, INC., and TARO PHARMACEUTICALS U.S.A., INC., <br>         Plaintiffs, <br> v. <br><br> SYNERX PHARMA, LLC, and DPT LABORATORIES, LTD., <br>         Defendants. | Civil Action No. <br> 09-03569-JLL-CCC |

THIS MATTER, having been brought before the Court by Sterns & Weinroth, P.C. and Schiff Hardin LLP, attorneys for Defendants Synerx Pharma, LLC and DPT Laboratories, Ltd., seeking entry of an Order granting Defendants leave to file the Second Amended Answer and Counterclaims of Synerx Pharma, LLC and Second Amended Answer of DPT Laboratories, Ltd. in the form attached as Exhibit "A" to Defendants' Notice of Motion, and Plaintiffs Taro Pharmaceuticals North America, Inc. and Taro Pharmaceuticals USA, Inc., through their attorneys Saiber LLC and Venable LLP, having received due notice of Defendants' Motion and having had the opportunity to be heard, and the Court having read and considered the moving,

opposing and reply papers, if any, submitted in connection with Defendants' Motion, and the Court and having heard argument of counsel, if any, and for good cause shown:

**IT IS** on this _____ day of January, 2011,

**ORDERED** that Defendants' Motion is hereby **GRANTED**; and

**FURTHER ORDERED** that Defendants shall file the Second Amended Answer and Counterclaims of Synerx Pharma, LLC and Second Amended Answer of DPT Laboratories, Ltd., in the form attached as Exhibit "A" to Defendants' Notice of Motion, within 10 days of the entry of this Order.

_____
Hon. Claire Cecchi, U.S.M.J.