WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza
Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter

Attorneys for Plaintiffs, Taro Pharmaceuticals
North America, Inc. and Taro Pharmaceuticals
U.S.A., Inc.

**ORDER ON ORAL MOTION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------------------------- x

TARO PHARMACEUTICALS NORTH    :   Honorable Jose L. Linares, U.S.D.J.
AMERICA, INC. and TARO        :
PHARMACEUTICALS U.S.A., INC., :   Civil Action No. 09 CV 3569 (JLL)(CCC)
                              :
                              :
                   Plaintiffs,:   **SUBSTITUTION OF COUNSEL**
                              :
        v.                    :
                              :
SYNERX PHARMA, LLC; KARALEX   :
PHARMA, LLC; and DPT LABORATORIES, :
LTD.,                         :
                              :
                   Defendants.:

------------------------------------------------- x

The undersigned hereby consent to the substitution of Winston & Strawn, LLP as attorneys for Plaintiffs, Taro Pharmaceuticals North America, Inc. and Taro Pharmaceuticals U.S.A., Inc.

WINSTON & STRAWN, LLP                     SAIBER, LLC
Superceding Counsel                       Withdrawing Counsel

By:   s/ James S. Richter                 By:   s/ Arnold B. Callman
      James S. Richter                          Arnold B. Callman

                                          **SO ORDERED**
                                          s/Claire C. Cecchi
                                          Claire C. Cecchi, U.S.M.J.

NY:1318401.1                              Date: December 14, 2010