WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza
Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Jeffrey P. Catenacci

Attorneys for Plaintiffs, Taro Pharmaceuticals
North America, Inc. and Taro Pharmaceuticals
U.S.A., Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------- x
                                         :
TARO PHARMACEUTICALS NORTH               : Honorable Jose L. Linares, U.S.D.J.
AMERICA, INC. and TARO                   :
PHARMACEUTICALS U.S.A., INC.,            : Civil Action No. 09 CV 3569 (JLL)(CCC)
                                         :
                                         :
                    Plaintiffs,          :
                                         :
       v.                                : **ORDER GRANTING ADMISSION**
                                         : ***PRO HAC VICE***
SYNERX PHARMA, LLC; KARALEX              :
PHARMA, LLC; and DPT LABORATORIES,       :
LTD.,                                    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- x

**THIS MATTER**, being opened to the Court by Winston & Strawn LLP, attorneys for Plaintiffs, Taro Pharmaceuticals North America, Inc. and Taro Pharmaceuticals U.S.A., Inc., for an Order allowing James F. Hurst and David S. Bloch to appear and participate *pro hac vice* in this matter, and the Court having considered the papers submitted in support of said Motion, and for good cause shown pursuant to *L. Civ. R.* 101.1(c);

IT IS on this 15th day of December 2010,

**ORDERED**, as follows:

1. James F. Hurst, member of the Bar of the State of Illinois, and David S. Bloch, member of the Bar of the State of California and the Bar of the District of Columbia, be and hereby are permitted to appear *pro hac vice* in the above-captioned matter pursuant to *L. Civ. R.* 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs, and other papers filed with the Court shall be signed by James S. Richter, a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or other members in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court who are employed in the Newark office of Winston & Strawn LLP, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order.

2. James F. Hurst and David S. Bloch shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order.

3. James F. Hurst and David S. Bloch shall make a payment of $150.00 pursuant to *L. Civ. R.* 101(c)(3) payable to the Clerk, U.S. District Court.

4. James F. Hurst and David S. Bloch shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of *L. Civ. R.* 104.1, *Discipline of Attorneys*.

5.  James F. Hurst and David S. Bloch shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended.

*s/Claire C. Cecchi*

Honorable Claire C. Cecchi, U.S.M.J.

NY:1318942.1