WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza
Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Jeffrey P. Catenacci

Attorneys for Plaintiffs, Taro Pharmaceuticals
North America, Inc. and Taro Pharmaceuticals
U.S.A., Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

——————————————————— x
:
TARO PHARMACEUTICALS NORTH    :   Honorable Jose L. Linares, U.S.D.J.
AMERICA, INC. and TARO         :
PHARMACEUTICALS U.S.A., INC.,  :   Civil Action No.  09 CV 3569 (JLL)(CCC)
                               :
                               :
              Plaintiffs,      :
                               :
     v.                        :   **NOTICE OF APPEARANCE ON BEHALF OF**
                               :   **PLAINTIFFS, TARO PHARMACEUTICALS**
SYNERX PHARMA, LLC; KARALEX    :   **NORTH AMERICA, INC. AND TARO**
PHARMA, LLC; and DPT LABORATORIES, :   **PHARMACEUTICALS U.S.A., INC.**
LTD.,                          :
                               :
              Defendants.      :
                               :
——————————————————— x

  **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf

of Plaintiffs, Taro Pharmaceuticals North America, Inc. and Taro Pharmaceuticals U.S.A., Inc.,

in the above-captioned matter.

                              WINSTON & STRAWN LLP
                              Attorneys for Plaintiffs,
                              Taro Pharmaceuticals North America, Inc.
                              and Taro Pharmaceuticals U.S.A., Inc.

                              By:    *s/ Jeffrey P. Catenacci*

Jeffrey P. Catenacci
jcatenacci@winston.com

Dated: December 16, 2010

NY:1319587.1