WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza
Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Jeffrey P. Catenacci

Attorneys for Plaintiffs, Taro Pharmaceuticals
North America, Inc. and Taro Pharmaceuticals
U.S.A., Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TARO PHARMACEUTICALS NORTH AMERICA, INC. and TARO PHARMACEUTICALS U.S.A., INC., | : : : : | Honorable Jose L. Linares, U.S.D.J.  Civil Action No.  09 CV 3569 (JLL)(CCC) |
| Plaintiffs, | : | |
| v. | : : | **REQUEST FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
| SYNERX PHARMA, LLC; KARALEX PHARMA, LLC; and DPT LABORATORIES, LTD., | : : : | |
| Defendants. | : | |

Request is hereby made for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee**,** in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                         WINSTON & STRAWN LLP
                                         Attorneys for Plaintiffs,
                                         Taro Pharmaceuticals North America, Inc.
                                         and Taro Pharmaceuticals U.S.A., Inc.

                                         By:     */s/ Jeffrey P. Catenacci*
                                                   Jeffrey P. Catenacci

Dated: January 4, 2011


PRO HAC VICE ATTORNEY INFORMATION:

Name:        David S. Bloch

Address:     WINSTON & STRAWN LLP
                  101 California Street, 39th Floor
                  San Francisco, California 94111

e-Mail:        dbloch@winston.com

NY:1321703.1