WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza
Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Jeffrey P. Catenacci

Attorneys for Plaintiffs, Taro Pharmaceuticals
North America, Inc. and Taro Pharmaceuticals
U.S.A., Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| TARO PHARMACEUTICALS NORTH AMERICA, INC. and TARO PHARMACEUTICALS U.S.A., INC., | Honorable Jose L. Linares, U.S.D.J. |
| | Civil Action No. 09 CV 3569 (JLL)(CCC) |
| Plaintiffs, | |
| v. | **REQUEST FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
| SYNERX PHARMA, LLC; KARALEX PHARMA, LLC; and DPT LABORATORIES, LTD., | |
| Defendants. | |

Request is hereby made for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee**,** in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

NY:1324501.1

                                        WINSTON & STRAWN LLP
                                        Attorneys for Plaintiffs,
                                        Taro Pharmaceuticals North America, Inc.
                                        and Taro Pharmaceuticals U.S.A., Inc.

                                        By:   */s/ Jeffrey P. Catenacci*
                                                      Jeffrey P. Catenacci

Dated: February 4, 2011


PRO HAC VICE ATTORNEY INFORMATION:

Name:        Nicole M. Norris

Address:     WINSTON & STRAWN LLP
                101 California Street, 39th Floor
                San Francisco, California 94111

e-Mail:       nnorris@winston.com

NY:1324501.1